1080

[No. 20985–0–I. Division One. December 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
PERCELL THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–04723–5, Shannon Wetherall, J., entered
September 11, 1987. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Webster and Winsor, JJ.

[No. 20203–1–I. Division One. December 5, 1988.]

*In the Matter of the Welfare of C.J.D.*

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent,* v. JOANNE DIMARIA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–7–00529–5, Terrence A. Carroll, J., entered
March 6, 1987. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Pekelis and Winsor, JJ.

[No. 20534–0–I. Division One. December 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BARBARA JEAN
ESTILL, ET AL, *Defendants,* DWIGHT
SPENCER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–00326–1, James A. Noe, J., entered May
13, 1987. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Pekelis and Winsor, JJ.

[No. 22586–3–I. Division One. December 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN J. BOHLE,
*Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 88–8–00005–7, Richard L. Pitt, J., entered July
6, 1988. *Affirmed* by unpublished opinion per curiam.